# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SMO, INC.,<br>a Maryland corporation<br>La Plata, Maryland, | )<br>)<br>)<br>) |  |
| *Plaintiff,* | )<br>) |  |
| v. | )<br>) | Civil Action No. _____ |
| KHALID JAMIL,<br>Newark, Delaware, | )<br>)<br>) | JURY TRIAL DEMANDED |
| *Defendant.* | )<br>) |  |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff identifies below parent corporations as well as all publicly held corporations that own 10% or more of Plaintiff's stock.

Plaintiff SMO, Inc.'s parent corporation is The Wills Group, Inc., which is not publicly traded in the United States.

Dated: December 7, 2005

_Albert H. Ma_____

Albert H. Manwaring, IV (#4339)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6514
Fax: (302) 421-8390

Attorney for Plaintiff SMO, Inc.