8/01) Summons in a Civil Action

# UNITED STATES DISTRIC COURT

District of _____ Delaware _____

SMO, INC.,
a Maryland corporation
La Plata, Maryland,

                    Plaintiff,                                    **SUMMONS IN A CIVIL CASE**

          v.

KHALID JAMIL,
Newark, Delaware,                            CASE NUMBER:        0 5    8 4 9

                    Defendant.

TO: (Name and address of Defendant)

Khalid Jamil
1002 Richfield Road
Newark, Delaware  19713

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Albert H. Manwaring, IV
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

an answer to the complaint which is served on you with this summons, within ____20_____ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this
action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____        12/7/05
CLERK                                                        _____
                                                                      DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/15/05 |

| NAME OF SERVER (*PRINT*) | TITLE |
|---|---|
| JOHN DILLON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: BADIR JAHAN (MOTHER) AT 6:58 PM
PERSON RESIDES AT 1002 RICHFIELD ROAD AND IS OF SUITABLE AGE (OVER 18)

☐ Returned unexecuted: TO ACCEPT SUMMONS _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/15/05
Date

Signature of Server

PARCELS INC
230 N. MARKET St, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.