IN THE UNITED STATE DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

CIVIL CASE NUMBER: 05849

SMO, INC.,
a Maryland corporation
La Plata, Maryland,

                Plaintiff,

      v.

KHALID JAMIL,
1002 Richfield Road
Newark, Delaware 19713

                Defendant.

    With reference to the above mentioned civil action number 05849, and summon dated 12/07/2005, which was delivered on 12/15/2005 at 5:05pm. I Khalid Jamil (Defendant) am a lessee/retailer for the Shell gas station store # 484 at 804 South College Ave, Newark, DE 19713 since April, 28 2003. I am a U.S. citizen and I have nine years of experience in gas station/ repair shop business.

    This Shell gas station store # 484 was closed for approximately 9 months and it was empty. This store had only two lifts in the repair shop which was not working at the time. I equipped the repair shop and the grocery store with furniture, fixture, machines, tools, inventory in repair shop and grocery store and a business from the U haul Rental. With all my involvement and hard work, the store sold about 80 to 90 thousand gallons of gas per month. At this time a running business is worth about $175,000.

    In February, 2004 SMO, INC. whole sale representative's (Richard Miller) behavior has changed and he was uncooperative and negative toward

me. So, I decided to sell the business, and asked SMO representative to provide me the necessary applications for selling the business.

In fact, SMO's representative (Richard Miller) didn't want me to sell the business but instead surrender or just return the Shell gas station to SMO, INC. so, they can resale it again to other retailer of their choice and get more money for themselves from the other retailer. I wanted to sell the gas station but instead the SMO representative wanted to protect themselves by presenting as I was at image violation. Then SMO representative started issue warnings (for over grown weed, excessive cars, tree which was removed, uniform, etc.) and finally the SMO representative informed me that the lease for Shell gas station will be cancelled on December 1, 2005, this was their main intention from the beginning.

Regarding the "Image Violation" I did take action:
a. (Weeds overgrown): as soon as it was pointed out, I took care of it and then I informed the SMO representative and he was satisfied.
b. (Excessive Cars): some of the cars were customers and I was waiting for customers to pick them up and they did take their cars with them. Some of the cars were waiting on part and repair since I have a repair shop at the Shell gas station.
c. Uniform with monogram of Shell with name plate was always used by the mechanics in repair shop. Cashier at the counter wore the black apron which had shell monogram and name tag which was given to me by the SMO representative Richard Miller and he said it would be okay as long person at the counter wears the apron provided. In April of 2003 Richard Miller gave me black Shell apron and

       in November 1, 2005 which was about 2 year and 7 months later he sent me a letter saying he want me to buy Shell uniform when he already canceled the lease in August 11, 2005.

   d. Late opening of the store: There was only one day, when my mother was in a seriously sick and I couldn't leave her alone by her self. She is a heart failure and has other health complication such as diabetes and blood pressure so I wanted for my father to go and open the gas station which was only 1hour and 10 min late in opening the Shell gas station from the regular time.

On October 14, 2005 one suitable buyer name "George M. Qawar" and his family members were interested in buying the business for $130,000. Mr. Qawar signed the sale agreement and gave me a check for earnest money check # 1866 (Exhibit A) on October 14, 2005. SMO representative Richard Miller took their interview and was satisfied and then Mr. Qawar application was put in process to sale the business to Mr. Qawar. SMO representative Richard Miller assured me that within 10 to 15 days all the formalities for selling the Shell gas station to Mr. Qawar will be completed.

    On November 1, 2005, SMO representative Richard Miller came and told me this "mutual termination agreement and general release agreement" will help to transfer the business quickly to the buyer who was Mr. Qawar. So, I signed as the witness (Not as the retailer), SMO representative didn't allow me time to read the agreement mentioned above and said that he is in a hurry after repeatedly asking him he hesitatively let me make the copy of the agreement which I signed as a witness not at the retailer. After Richard

Miller left the premises in a hurry, I read the content of the agreement and I noticed that the space for the SMO's officials was not dated or signed by them and Richard Miller got my signature on the space for the witness on the agreement.

On November 15, 2005 at 9:50pm SMO representative Richard Miller came to Shell gas station to lock the business, so I called the Newark Police (Report # 14975, dated 11/15/2005). In presence of the police officer Shell gas station's locks were changed by lock smith who was with SMO representative Richard Miller and I was forced to close the business before 12:00 am on 11/15/05, although the rent was already paid.

On 11/16/05 08.30 a.m. SMO representative came and allowed us to take our inventory/stuffs from repair shop and grocery stores, we only took about 1/5th and rest of the 4/5 of the stuff on next day, but next day SMO/representative did not allow us to take any thing from the store or the repair shop. We were unable to take things from the repair shop and the wooden shed that is right next to the repair shop which is full of tools and different materials used in shop and store. Wooden shed's lock was changes by SMO representative Richard Miller.

SMO representative has closed my running business and I suffered losses as following:

    a. Sale value of the Shell gas station as on November 1, 2005 as mentioned on sale agreement to Mr. Qawar (Exhibit A, amount of $130,000).

    b. Gas in the tank on 11/15/2005 in amount of $ 38,598 (Exhibit B).

    c. My deposit for business $30,000 as per plaintiffs (Exhibit C).

    d.    Credit for selling gas approximately $5,500 till November 15, 2005 and this amount was not credited to my account.

    e.    I spent money on fixing repair shops lifts, compressor, motors and renovated grocery store with furniture for approximately $4,200.

    f.    All of the mentioned above is totaling to approximately $208,298.

SMO INC. has claimed for $119,832.73. My Claim on SMO INC. is for $208,298 so there is still a difference of $88,474 that SMO owes me. SMO INC. is habitual and been practicing to change the dealers after every 2 to 3 years time period and bring new retailer/dealer to get more money initial contract money.

In the past and presently there were cases of law suites between SMO INC. and dealers which is the usually been the same area in which Richard Miller is been the SMO representative.

I defendant (Khalid Jamil) never tried to hold SMO INC. payments. In the past I paid about $ 40,000 to $60,000 for each gas delivery in one time.

On 11/15/2005 and 11/16/2005 I and my family members has discussed with SMO representative Richard Miller regarding outstanding payment. I wanted to decide and settle this issue with meeting with the official higher of SMO INC. but SMO's representative Richard Miller refused to let me meet with his higher officials.

Hoping that honorable court will look in to the facts that SMO representative has given me hard time can cause me to have losses, damages

by using planned and arranged allegations of Image violations etc. and to enable them to cancel my lease.

    I Khalid Jamil (defendant) suffered damages/losses, and now honorable courts will make decision and relief and pray for a judgment against plaintiff ,SMO INC. for damages, cost and other relief as court may decide.

Defendant _____
              Khalid Jamil
              1002 Richfield Road
              Newark, DE 19713

Dated: 01/01/2006.

CERTIFICATE OF SERVICE

I Khalid Jamil hereby certify that I ~~by~~ caused the foregoing answer on January 4th 2006 by first class United States mail, Postage Paid addressed for delivery to:-

Albert H. Manwarring IV
Pepper Hamilton LLP.
Hercules plaza Suit 5100
1313 Market St,
P.O. Box 1709.
Wilmington DE. 19899-1706

DT. 01/04/06

(KHALID JAMIL)
Defendant