Exibit "A"

GEORGE M. QAWAR    1-94
SAMANTHA I. QAWAR
13302 DAUPHINE ST.
SILVER SPRING, MD  20906-5208

7-163/520 MD                    1866

Date Oct 14, 2005

Pay To The Order Of  Khalid Jamil Khan          $ 10,000.00

Ten Thousand · 00/100                                    Dollars

BANK OF AMERICA
02992 MD
ACH R/T 052001633

For Earnest Money for Shell Gas Station Purchase.   George Qawar

⑈052001633⑈ 00000476451800 1866



## Purchase Agreement

For good and sufficient consideration, receipt of which is hereby acknowledged, the undersigned, Khalid Jamil, (hereinafter called The Seller) hereby sells, transfers and conveys to Charlie G. Qawar and associates (hereinafter called The Buyer):

1. All of the goods, inventory, fixtures, chattels, operating and lease contracts and effects listed separately under attached Schedule A, which is incorporated herein and made a part hereof, which comprise the entire business operation located at 804 South College Ave, Newark, DE, 19713, store # 484, and known as the Shell Gas Station on route 896.

2. The whole of the goodwill of the Shell Gas Station business, in "as is" condition, formally operated by the Seller, which is the subject of this sale. This includes a small convenience operation, a gas dispensing operation with eight gas pumps, a three bay car repair shop with two lifts, a U-Haul rental operation and a propane gas filling station.

3. The agreed on purchase price for all of the assets, inventory, good will, licenses, contracts etc, which comprise the enterprise known as store # 484, is ($130,000) One Hundred And Thirty Thousand Dollars in U.S. dollars, due at the time of closing, on or about Nov. 15, 2005.

4. The Seller warrants that said assets, goods, contracts, licenses and chattels are free and clear of all encumbrances, that it has full right and title to sell the same, and that it will warrant and defend the same against the claims and demands of all persons.

5. As part of this sale The Seller warrants that the physical property in which the Shell Gas Station operates will include a letter of good standing with the Environmental Protection Agency, as warranted by the Shell Oil Company.

6. As part of the sales agreement, the Seller agrees to remain available to the Buyer for a period of at least three months, to train and familiarize the buyer with the entire business operation. The Seller will do this at no additional cost to the Buyer provided that it does not require more than 10-12 hrs weekly after the first month of transfer of ownership.

7. The Seller hereby warrants and covenants to the Buyer that The Seller will not engage in the same type of business within a ~~ten~~ five mile radius for a minimum of the next five years.





8. As part of The Buyer's serious commitment to purchase the operations of the Shell Gas Station located at 804 South College Ave Newark, DE 19713, The Buyer hereby submits an earnest money check in the amount of Ten Thousand Dollars ($10,000.00), fully refundable in the event that The Shell Oil Company fails to approve The Buyer as an acceptable SMO operator for said gas station.

9. In the event that The Buyer is approved as an SMO operator for the subject gas station location, and The Buyer elects not to purchase the business the earnest money deposit shall not be refundable.

_____  10/14/05   _____  10/14/05
Seller, Khalid Jamil         Date      Witness                    Date

_____  10-14-05   _____  10/14/05
Buyer, Charlie G. Qawar      Date      Witness                    Date