*Exibit B.*

```
141028 SHELL
804 S.COLLEGE AVE
NEWARK DE.19713
C01102175605001

NOV 15, 2005  9:55 PM


INVENTORY REPORT


T 1:REGULAR
VOLUME     =    848 GALS
ULLAGE     =  10915 GALS
90% ULLAGE=   9738 GALS
TC VOLUME  =    845 GALS
HEIGHT     =  11.82 INCHES
WATER VOL  =     15 GALS
WATER      =   0.89 INCHES
TEMP       =   65.4 DEG F


T 2:PLUS
VOLUME     =   7439 GALS
ULLAGE     =   4324 GALS
90% ULLAGE=   3147 GALS
TC VOLUME  =   7402 GALS
HEIGHT     =  55.05 INCHES
WATER VOL  =     15 GALS
WATER      =   0.86 INCHES
TEMP       =   66.9 DEG F


T 3:PREMIUM
VOLUME     =   8325 GALS
ULLAGE     =   3438 GALS
90% ULLAGE=   2261 GALS
TC VOLUME  =   8292 GALS
HEIGHT     =  60.55 INCHES
WATER VOL  =     34 GALS
WATER      =   1.44 INCHES
TEMP       =   65.6 DEG F


* * * * * END * * * * *
```