IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMO, INC., | ) | |
| a Maryland corporation | ) | |
| La Plata, Maryland, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-849 (GMS) |
| | ) | |
| KHALID JAMIL, | ) | |
| Newark, Delaware, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Albert H. Manwaring, IV, Esquire hereby withdraws his appearance on behalf of Plaintiff, SMO Inc.

Leo John Ramunno, Esquire hereby enters his appearance on behalf of Plaintiff, SMO, Inc.

| | |
|---|---|
| PEPPER HAMILTON LLP | LEO JOHN RAMUNNO |
| | |
| */s/ Albert H. Manwaring, IV* | */s/ Leo John Ramunno* |
| Albert H. Manwaring, IV (Del. Bar No. 4339) | Leo John Ramunno (Del. Bar No. 2003) |
| Hercules Plaza, Suite 5100 | 1205 N. King Street |
| 1313 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1709 | Telephone No.: (302) 654-0660 |
| Wilmington, DE 19899 | Facsimile No.: (302) 425-5044 |
| Telephone No.: (302) 777-6500 | |
| Facsimile No.: (302) 421-8390 | |

Dated: January 27, 2006

WL: #182712 v1 (3WZC01!.DOC)

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed the Substitution of Counsel with the Clerk of Court using CM/ECF and caused to be served the foregoing Substitution of Counsel in the following manner:

| | |
|---|---|
| Khalid Jamil<br>1002 Richfield Road<br>Newark, DE 19713<br>***Via First-Class Mail*** | Leo John Ramunno, Esquire<br>LEO JOHN RAMUNNO<br>1205 N. King Street<br>Wilmington, DE 19801<br>***Via CM/ECF*** |

*/s/ Albert H. Manwaring, IV*
Albert H. Manwaring, IV (Del Bar No. 4339)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899
Telephone No.: (302) 777-6500
Facsimile No.: (302) 421-8390

WL: #182712 v1 (3WZC01!.DOC)