IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMO, INC., a Maryland corporation,<br>La Plata, Maryland | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 05-849 (GMS) |
| KHALID JAMIL, Pro Se<br>Newark, Delaware, | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that, pursuant to Rule 16, Federal Rules of Civil Procedure, and Local Rule 16.2(b), a status and scheduling conference in the above-referenced matter has been set for **Monday, February 27, 2006, at 10:00 a.m.**, at the United States Courthouse, 844 King Street, Courtroom 4A, Wilmington, Delaware. Pro Se Defendant and Counsel with primary responsibility for this case shall appear and be prepared to address any pending motions.

No continuance of the conference will be granted except by order of the court upon application of counsel supported by a declaration stating the reasons for the request.

Dated: February 1, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE