IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC.,<br>a Maryland Corporation,<br>La Plata, Maryland,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KHALID JAMIL,<br>Newark, Delaware,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:　C.A. No. 05-849<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR ENTRY OF JUDGMENT**

　　　**COMES NOW,** the Plaintiff SMO, Inc., by and through their attorney, Leo John Ramunno, Esq. and request this Honorable Court grant its motion for Entry of Judgment for the following reasons:

　　　1.　　The Plaintiff filed a lawsuit against the Defendant's on or about December 7, 2005.

　　　2.　　On or about January 4, 2006 the Defendant's filed a document with the Court which apparently purports to be an answer but does not comply with the rules.

　　　3.　　On March 21, 2006 the Court had a scheduling conference and the Defendant's were given until April 27, 2006 to file an amended pleading and obtain counsel if he wished.

　　　4.　　The Defendant has done neither and the Plaintiff is entitled to Judgment on the Pleading.

**WHEREFORE,** Plaintiff request this Honorable Court enters Judgment on the Pleading on behalf to Plaintiff.

_____
**LEO JOHN RAMUNNO, ESQUIRE**
**Bar ID No. 2003**
1205 N. King Street
Wilmington, DE 19801
Attorney for Plaintiff