IN THE UNITED STATES DISTRICT COURT<br>
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC.,<br>a Maryland Corporation,<br>La Plata, Maryland,<br><br>       Plaintiff,<br><br>v.<br><br>KHALID JAMIL,<br>Newark, Delaware,<br><br>       Defendant. | :<br>:<br>:<br>:  C.A. No. 05-849<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<b><u>NOTICE OF MOTION</u></b>

To:   Khalid Jamil
       1002 Richfield Road
       Newark, DE 19713

**PLEASE TAKE NOTICE** that the attached Motion for Entry of Judgment will be heard by this Honorable Court at the court's earliest convenience.

 

**LEO JOHN RAMUNNO, ESQUIRE**
**Bar ID No. 2003**
1205 N. King Street
Wilmington, DE 19801
Attorney for Plaintiff