## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SMO, INC.,** | : | |
| **a Maryland Corporation,** | : | |
| **La Plata, Maryland,** | : | |
| | : | **C.A. No. 05-849** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KHALID JAMIL,** | : | |
| **Newark, Delaware,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**IT IS ORDERED** this _____ day of _____, 2006 that

_____

_____

_____

_____


_____
                **JUDGE**