IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC., a Maryland Corporation, La Plata, Maryland, | : : : |
| Plaintiff, | : C.A. No. 05-849 : |
| v. | : : |
| KHALID JAMIL, Newark, Delaware, | : : : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, LEO JOHN RAMUNNO, ESQ. hereby certifies that on this ___12th___ day of ___July___, 2006, I electronically filed a *Motion for Entry of Judgment* with the Clerk of the Court using CM\ECF format. I also hereby certify that on this ___12___ day of ___July___, 2006, I have mailed by United States Postal Service, the forgoing document to the following non-registered participant:

Khalid Jamil
1002 Richfield Road
Newark, DE 19713

_____
LEO JOHN RAMUNNO, ESQUIRE
**Bar ID No. 2003**
1205 N. King Street
Wilmington, DE 19801
Attorney for Plaintiff
leojohnramunno@cavtel.net