IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC., a Maryland corporation, ) <br> ) <br> Plaintiff and ) <br> Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> KHALID JAMIL, ) <br> ) <br> Defendant and ) <br> Counterclaim Plaintiff. ) | Civil Action No. 05-849-KAJ |

### ORDER

At Wilmington this **21st** day of **September, 2006,**

IT IS ORDERED that a status/scheduling teleconference has been scheduled for **October 20, 2006 at 9:30 a.m.** with the undersigned. **Plaintiff's counsel shall initiate the teleconference call.** Prior to the telephone conference, the parties shall confer pursuant to Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the undersigned not later than three (3) business days prior to the conference with the Court. The discovery plan shall conform to the enclosed form of scheduling order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE