IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC., a Maryland corporation, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-849-*** |
| ) | |
| KHALID JAMIL, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim Plaintiff. ) | |

## ORDER

At Wilmington, this **13th** day of **February, 2007**, there having been no activity in the above captioned case since October 20, 2006;

IT IS HEREBY ORDERED that, on or before **February 23, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES MAGISTRATE JUDGE