IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMO, INC., a Maryland corporation,  )  <br>  ) <br> Plaintiff and  ) <br> Counterclaim Defendant,  ) <br>  ) <br> v.  ) <br>  ) <br> KHALID JAMIL,  ) <br>  ) <br> Defendant and  ) <br> Counterclaim Plaintiff.  ) | Civil Action No. 05-849*** |

### ORDER

At Wilmington, this **18th** day of **April, 2007**, plaintiff having failed to inform the Court of its intention to pursue this litigation as directed in the Court's order dated February 13, 2007 (D.I. 13);

IT IS HEREBY ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE